UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:94CR112 (RNC) |
| | : | |
| v. | : | |
| | : | |
| FRANCISCO SOTO | : | October 27, 2021 |

MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule of Criminal Procedure 1(c) and Local Rule of Civil Procedure 7(e), the undersigned, Assistant United States Attorney Sarala V. Nagala, hereby moves to withdraw her appearance in the above-captioned matter as a result of her impending departure from the Office of the United States Attorney. Substitute counsel from the U.S. Attorney's Office has already appeared in the matter.

According, the undersigned respectfully requests that the motion to withdraw appearance be granted.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s Sarala V. Nagala*

SARALA V. NAGALA
ASSISTANT U. S. ATTORNEY
Federal Bar No. phv05529
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Sarala.Nagala@usdoj.gov